# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | / | |
| Ruth Seffernick, | / | Related Case **#19-33682** |
| | / | |
| Debtors. | / | Judge John P. Gustafson |
| | / | |
| Ruth Seffernick | / | Adversary Case _____ |
| PO Box 313 | / | |
| Continental, OH 45831 | / | |
| | / | |
| Plaintiffs | / | |
| -vs- | / | |
| Credit Acceptance Corp | / | **COMPLAINT TO RECOVER** |
| C/o Levy & Associates, LLC | | **A PREFERENTIAL PAYMENT** |
| 4645 Executive Drive | / | |
| Columbus, OH 43220 | | |
| | / | |
| Defendant. | / | |

The Plaintiff, Ruth Seffernick, by and through their attorney represent:

1. This is a core proceeding. This Court has jurisdiction over this adversary proceeding under 28 U.S.C. Section 1334, 28 U.S.C. Section 157, and 11 U.S.C. Section 522(h).

2. That the Debtors caused to be filed in the United States Bankruptcy Court for the Northern District of Ohio, a Petition under 11 U.S.C. Chapter 7 on November 14, 2019.

3. Plaintiff states that the Defendant obtained a garnishment of the Plaintiff's Wages, in the amount of Six Hundred Thirty-two and 89/100 Dollars ($632.89) within ninety (90) days prior to the Plaintiff's Chapter 7 Bankruptcy proceeding which allowed Defendant to receive more than it would in the Chapter 7 proceeding on its antecedent debt while the Plaintiff was insolvent. A copy of the Court's

printout of receipts and disbursements under the Order of Garnishment is attached hereto and marked as Exhibit "A". Said payment is a preference under 11 U.S.C. Section 547.

 4. On or about November 14, 2019 demand was made to the Defendant for the funds to be forwarded to the Plaintiffs' attorney, for the recovery of the Six Hundred Thirty-two and 89/100 Dollars ($632.89). A copy of the letter is attached hereto and marked as Exhibit "B".

 5. On or about March 4, 2020 a second letter was forwarded to Defendant demanding that the funds be forwarded to Plaintiffs' attorney. A copy of the letter is attached hereto and marked as Exhibit "C".

 6. The Trustee has not attempted to recover the preference from Defendant.

 7. The garnishment was not a voluntary payment.

 8. Based upon the above, the claims owed to the Plaintiffs may be recovered by the Plaintiffs pursuant to 11 U.S.C. Section 522(h).

 **WHEREFORE**, the Plaintiffs respectfully request an Order granting judgment to the Plaintiffs against the Defendant in the amount of Six Hundred Thirty-two and 89/100 Dollars ($632.89) plus Statutory interest from date of demand; and for such other and further relief as is just.

Respectfully submitted:

REEVES AND SHERRICK CO., L.P.A.

BY:  /s/ Randy L. Reeves
 RANDY L. REEVES (0009934)
 MELISSA R. SHERRICK (0092324)
 Attorney for Debtors/Plaintiffs
 973 West North Street
 Lima, Ohio 45805
 (419) 228-2122 Telephone
 (419) 222-6718 Facsimile
 randy@reeveslpa.com
 melissa@reeveslpa.com

| ADVERSARY PROCEEDING COVER SHEET  (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS<br>Ruth Ellen Seffernick<br>PO Box 313<br>203 S. 6th St.<br>Continental, OH 45831 | DEFENDANTS<br>Credit Acceptance Corp<br>c/o Levy & Associates, LLC<br>4645 Executive Drive<br>Columbus, OH 43220 |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Randy L Reeves<br>Reeves and Sherrick Co., LPA<br>973 W. North St.<br>Lima, OH 45805<br>419-228-2122 Fax: 419-222-6718 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>[✓] Debtor  [ ] U.S. Trustee/Bankruptcy Admin<br>[ ] Creditor  [ ] Other<br>[ ] Trustee | **PARTY** (Check One Box Only)<br>[ ] Debtor  [ ] U.S. Trustee/Bankruptcy Admin<br>[✓] Creditor  [ ] Other<br>[ ] Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUES INVOLVED)
Complaint for Violation of Automatic Stay pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 157, and 11 U.S.C. Section 522(h).

**NATURE OF SUIT**

**FRBP 7001(1) – Recovery of Money/Property**
[ ] 11-Recovery of money/property - §542 turnover of property
[1] 12-Recovery of money/property - §547 preference
[ ] 13-Recovery of money/property - §548 fraudulent transfer
[ ] 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
[ ] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
[ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
[ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
[ ] 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
[ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[ ] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
[ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
[ ] 61-Dischargeability - §523(a)(5), domestic support
[ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
[ ] 63-Dischargeability - §523(a)(8), student loan
[ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
[ ] 71-Injunctive relief – imposition of stay
[ ] 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
[ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[ ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01-Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case - 15 U.S.C. §§78aaa et.seq.
[ ] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

[ ] Check if this case involves a substantive issue of state law    [ ] Check if this is asserted to be a class action under FRCP 23

[ ] Check if a jury trial is demanded in complaint    Demand $

Other Relief Sought

B1040 (FORM 1040) (12/15)

| NAME OF DEBTOR | | BANKRUPTCY CASE NO. |
|---|---|---|
| Ruth Ellen Seffernick | | 19-33682 |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| Northern Dist of Oh | Western Division | John P. Gustafson |

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| | | |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| | | |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | |
|---|---|
| /s/ Randy L Reeves | |
| Randy L Reeves | |
| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
| March 19, 2020 | Randy L Reeves 0009934 |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| Date | Docket Text | Amount Owed |
|---|---|---|
| 09/27/2019 | Issue Date: 09/27/2019<br>Service: GARNISHMENT SERVICE<br>Method: CERTIFIED MAIL<br>Cost Per: $8.50<br><br>EATON CORPORATION<br>4400 EASTON COMMONS WAY SUITE 125<br>ATTN: CT CORP REG AGNT<br>COLUMBUS, OH 43219<br>Tracking No: 9414726699042137864970 | $8.50 |
| 10/07/2019 | CERTIFIED RECEIPT RETURNED, SIGNED BY EATON CORP/DANIEL KELLEY | |
| 10/09/2019 | GARNISHMENT RETURNED ON: 10/9/19  FROM: EATON CORP  REC'D: EMPLOYED | $0.00 |
| 10/22/2019 | WAGE GARNISHMENT PROCEEDS RECEIVED FROM EMPLOYER EATON CORP  Receipt: 212608  Date: 10/22/2019 | $320.40 |
| 10/22/2019 | POUNDAGE  Receipt: 212609  Date: 10/22/2019 | $6.41 |
| 11/04/2019 | WAGE GARNISHMENT PROCEEDS RECEIVED FROM EMPLOYER EATON CORP  Receipt: 212869  Date: 11/04/2019 | $312.49 |
| 11/04/2019 | POUNDAGE  Receipt: 212871  Date: 11/04/2019 | $6.25 |
| 11/15/2019 | 1099-C GROSS PROCEEDS PAID TO ATTORNEY LEVY & ASSOCIATES LLC | $620.23 |
| 11/18/2019 | NOTICE OF BANKRUPTCY FILED<br>Attorney: REEVES, RANDY L (0009934) | $4.00 |
| 11/18/2019 | ORDER TO STAY PROCEEDINGS - IT IS ORDERED, ADJUDGED AND DECREED THAT THIS CASE BE PLACED ON THE INACTIVE DOCKET UNTIL SUCH TIME AS RELIEF OR DISCHARGE IS GRANTED BY THE UNITED STATES BANKRUPTCY COURT. COSTS OF THIS ACTION SHALL BE PAID FROM DEPOSITS FROM DATE OF FILING TO DATE AND ANY REMAINDER SHALL BE REFUNDED. UPON REACTIVATION OF THIS CASE THE CLERK OF COURTS SHALL REQUIRE ADDITIONAL FUNDS FOR DEPOSIT TO BE FILED. COUNSEL SHALL NOTIFY THIS COURT AS SOON AS THE CASE IS READY TO PROCEED. THE ABOVE-ENTITLED CASE IS HEREBY STAYED PENDING ADMINISTRATION OF THE BANKRUPTCY CASE IS THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION. | |
| 11/19/2019 | WAGE GARNISHMENT PROCEEDS RECEIVED FROM EMPLOYER EATON  Receipt: 213229  Date: 11/19/2019 | $319.50 |
| 11/19/2019 | DISBURSMENT TO: RUTH SEFFERNICK | $319.50 |
| 11/29/2019 | RELEASE OF WAGE GARNISHMENT ORDER DUE TO BANKRUPTCY. CC:PLTF ATTY, EATON<br>Attorney: KERNS, JORDANNA B (0092047) | |
| 12/16/2019 | NOTICE OF FILING UNDER BANKRUPTCY CODE<br>Attorney: WINTERS, SEAN M (0084612) | $4.00 |

**Financial Summary**

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|---|---|---|---|---|
| COST | $336.66 | $307.66 | $17.00 | $12.00 |
| Total | Total $336.66 | Total $307.66 | Total $17.00 | $12.00 |

**Money on Deposit with the Court**

| Account | | | | Applied Amount |
|---|---|---|---|---|
| COURT DEPOSITS | | | | $34.66 |
| Total | | | Total | $34.66 |

**Money Distributed by Court**

| Payment Type | | | | Amount |
|---|---|---|---|---|
| PAYMENT | | | | $939.73 |
| Total | | | Total | $939.73 |

Exhibit "A"

# REEVES AND SHERRICK CO., L.P.A.

**Randy L. Reeves**
973 W. North Street
Lima, Ohio 45805
Tel (419) 228-2122
Fax (419) 222-6718
randy@reeveslpa.com
**BOARD CERTIFIED –**
**CONSUMER BANKRUPTCY LAW**



**Melissa Sherrick**
973 W. North Street
Lima, OH 45805
Tel (419) 228-2122
Fax (419) 222-6718
melissa@reeveslpa.com

November 14, 2019

Yale R. Levy
Levy & Associates, LLC
4645 Executive Drive
Columbus, OH 43220

                RE:   Credit Acceptance Corp vs. Ruth E. Seffernick
                      Putnam County Municipal Court, Ohio
                      Case # 2019 CVF 00064
                      Chapter 7  Case 19-33682

Dear Sir;

      Please find enclosed a Notice of Bankruptcy Filing regarding the above named individual(s), which was filed on November 14, 2019. Apparently a garnishment had been filed against my client(s). It is requested that you refund the $632.89 received within ninety (90) days prior as the amount exceeded $600.00 and constitutes a preference plus any amounts subsequent to the Bankruptcy filing date of November 14, 2019 made payable to Randy L. Reeves, attorney for Debtor(s), 973 West North Street, Lima, Ohio 45805.

      Failure to comply with the above request within ten (10) days of the date of this letter may result in an Adversary proceeding being filed in the Bankruptcy Court.

      Please give the above your immediate attention.

                                    Sincerely,
                                    REEVES AND SHERRICK CO., L.P.A.

                                    RANDY L. REEVES
                                    Attorney at Law

RLR
Enclosure

*"We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code."*

Exhibit "B"

United States Bankruptcy Court
Northern District of Ohio

# Notice of Bankruptcy Case Filing



**FILED
11/14/2019
09:00 AM**

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 11/14/2019 at 09:00 AM and filed on 11/14/2019.

**Ruth Ellen Seffernick**
PO Box 313
Continental, OH 45831
SSN / ITIN: xxx-xx-1585
*aka* **Ruth Ellen Finnerty**
*aka* **Ruth Ellen Mowery**

The case was filed by the debtor's attorney:

**Randy Lee Reeves**
973 W North Street
Lima, OH 45805
419-228-2122

The bankruptcy trustee is:

**Bruce C. French**
PO Box 839
Lima, OH 45802-0839
419-222-9134

The case was assigned case number 19-33682-jpg to Judge JOHN P. GUSTAFSON.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available via the **PACER** system at https://www.ohnb.uscourts.gov (registration required) or at the Clerk's Office, United States Bankruptcy Court, 1716 Spielbusch Ave Room 411, Toledo, OH 43604 between the hours of 9:00 AM - 4:00 PM.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Josiah C. Sell
Clerk, U.S. Bankruptcy Court

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 11/14/2019 09:15:08 | |
| PACER Login: | Rlreeves53:2626598:0 | Client Code: |



# REEVES AND SHERRICK CO., L.P.A.

**Randy L. Reeves**
973 W. North Street
Lima, Ohio 45805
Tel (419) 228-2122
Fax (419) 222-6718
randy@recveslpa.com
**BOARD CERTIFIED –
CONSUMER BANKRUPTCY LAW**



**Melissa Sherrick**
973 W. North Street
Lima, OH 45805
Tel (419) 228-2122
Fax (419) 222-6718
melissa@recveslpa.com

March 4, 2020

    Via Facsimile: 614-898-5230

Yale R. Levy
Levy & Associates, LLC
4645 Executive Drive
Columbus, OH 43220

          RE:    Credit Acceptance Corp v Ruth E. Seffernick
                 Putnam County Municipal Court, Ohio
                 Case # 2019 CVF 00064
                 Chapter 7 Case 19-33682

Dear Sir;

    Please find enclosed a Notice of Bankruptcy Filing regarding the above named individual(s), which was filed on November 14, 2019. Apparently a garnishment had been filed against my client(s). It is requested that you refund the $632.89 received within ninety (90) days prior as the amount exceeded $600.00 and constitutes a preference plus any amounts subsequent to the Bankruptcy filing date of November 14, 2019 made payable to Randy L. Reeves, attorney for Debtor(s), 973 West North Street, Lima, Ohio 45805.

    Failure to comply with the above request within ten (10) days of the date of this letter may result in an Adversary proceeding being filed in the Bankruptcy Court.

    Please give the above your immediate attention.

                                Sincerely,
                                REEVES AND SHERRICK CO., L.P.A.

                                RANDY L. REEVES
                                Attorney at Law

RLR/jes

*"We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code."*

Exhibit "C"

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 11/14/2019 at 09:00 AM and filed on 11/14/2019.

**Ruth Ellen Seffernick**
PO Box 313
Continental, OH 45831
SSN / ITIN: xxx-xx-1585
*aka* **Ruth Ellen Finnerty**
*aka* **Ruth Ellen Mowery**

The case was filed by the debtor's attorney:

**Randy Lee Reeves**
973 W North Street
Lima, OH 45805
419-228-2122

The bankruptcy trustee is:

**Bruce C. French**
PO Box 839
Lima, OH 45802-0839
419-222-9134

The case was assigned case number 19-33682-jpg to Judge JOHN P. GUSTAFSON.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available via the **PACER** system at https://www.ohnb.uscourts.gov (registration required) or at the Clerk's Office, United States Bankruptcy Court, 1716 Spielbusch Ave Room 411, Toledo, OH 43604 between the hours of 9:00 AM - 4:00 PM.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Josiah C. Sell
Clerk, U.S. Bankruptcy Court

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 11/14/2019 09:15:08 | |
| PACER Login: | Rlreeves53:2626598:0 | Client Code: | |



P. 1

## TRANSMISSION REPORT

(WED) MAR 4 2020 9:45

| | | | |
|---|---|---|---|
| User/Account | : | DOCUMENT# : 9304129-731 | |
| DESTINATION | : 6148985230 | TIME STORED : MAR 4 9:44 | |
| DEST. NUMBER | : 6148985230 | TX START : MAR 4 9:44 | |
| F-CODE | : | DURATION : 46sec | |
| | | COM. MODE : ECM | |
| PAGES | : 2page | | |
| RESULT | : OK | | |

Faxed & mailed

# REEVES AND SHERRICK CO., L.P.A.

**Randy L. Reeves**
973 W. North Street
Lima, Ohio 45805
Tel (419) 228-2122
Fax (419) 222-6718
randy@recveslpa.com
**BOARD CERTIFIED -**
**CONSUMER BANKRUPTCY LAW**



**Melissa Sherrick**
973 W. North Street
Lima, OH 45805
Tel (419) 228-2122
Fax (419) 222-6718
melissa@reeveslpa.com

March 4, 2020

    Via Facsimile: 614-898-5230

Yale R. Levy
Levy & Associates, LLC
4645 Executive Drive
Columbus, OH 43220

                  RE:  Credit Acceptance Corp v Ruth E. Seffernick
                       Putnam County Municipal Court, Ohio
                       Case # 2019 CVF 00064
                       Chapter 7 Case 19-33682

Dear Sir;

    Please find enclosed a Notice of Bankruptcy Filing regarding the above named individual(s), which was filed on November 14, 2019. Apparently a garnishment had been filed that you refund the $632.89 received within ninety (90) days