IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | / | |
| Ruth Seffernick, | / | Related Case **#19-33682** |
| Debtors. | / | Judge John P. Gustafson |
| Ruth Seffernick | / | Adversary Case **#20-3017** |
| Plaintiffs | / | |
| -vs- | / | |
| Credit Acceptance Corp | / | **NOTICE OF DISMISSAL** |
| Defendant. | / | |

**NOW COMES** the Debtor/Plaintiff, by and through her undersigned attorney Randy L. Reeves, and hereby dismisses the above captioned case pursuant to Rule 41a with prejudice. The Debtor/Plaintiff states that all matters in the above captioned case have been resolved.

Respectfully submitted:

REEVES AND SHERRICK CO., L.P.A.

 /s/Randy L. Reeves_____
**By:** **Randy L. Reeves (#0009934)**
**Melissa R. Sherrick (#0092324)**
Attorney at Law
973 West North Street
Lima, Ohio 45805
(419) 228-2122 Telephone
(419) 222-6718 Facsimile

## **PROOF OF SERVICE**

I certify that on April 1, 2020 a true and correct copy of Notice of Dismissal was served:

    Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    And by regular U.S. mail, postage prepaid, on:

Credit Acceptance
Brett A. Roberts-CEO
25505 W 12 Mile Rd
Southfield, MI 48034

Levy & Associates
4645 Executive Dr.
Columbus, OH 43220

    /s/Randy L. Reeves
RANDY L. REEVES (#0009934)
MELISSA R. SHERRICK (#0092324)
Attorney at Law
973 West North Street
Lima, Ohio 45805
(419) 228-2122 Telephone
(419) 222-6718 Facsimile
randy@reeveslpa.com
melissa@reeveslpa.com